# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br>　v.<br><br>AGNES M. GEHRHARDT, in individual and representative capacity as trustee for the LoBue Children's Trust dated December 28, 1976; JOHN S. SHELTON COMPANY, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | **Case No.** 5:19-CV-07765-SVK<br><br>ORDER [proposed] TO EXTEND DATE FOR FILING DISMISSAL<br><br>**AS MODIFIED** |

Having read the stipulation of the parties, and for good cause shown, the Court hereby GRANTS the request. The deadline to file a Stipulation for Dismissal shall be extended up to and including to May 07, 2020.

**The May 15, 2020 Order to Show Cause hearing remains in place.**

**IT IS SO ORDERED.**

Dated: April 8, 2020

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　United States Magistrate Judge

1

Order **AS MODIFIED**　　　　　　　　　　5:19-CV-07765-SVK